IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DELRON MONTREZ PICKENS,<br>[DOB: 04/03/1996]<br><br>                Defendant. | Case No. 4:24-CR-00157-01-CR-W-SRB<br><br>**COUNT ONE:**<br>**(*Engaging in Firearm Sales Without a License*)**<br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>NMT: 5 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class D Felony<br><br>**COUNTS TWO TO SEVEN:**<br>**(*Making a False Statement on ATF Form 4473*)**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*(Engaging in Firearm Sales Without a License)*

Between on or about, March 4, 2020 and March 15, 2021, said dates being approximate, in the Western District of Missouri and elsewhere, the defendant, **DELRON MONTREZ PICKENS**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, contrary to the provisions of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS TWO TO SEVEN
*(Making a False Statement on ATF Form 4473)*

On or about the dates listed below for the specific counts, in the Western District of Missouri, the defendant, **DELRON MONTREZ PICKENS**, in connection with the acquisition and attempted acquisition of the firearms listed below for the specific counts ("firearms"), from dealers listed below for the specific counts ("FFLs" or "dealers"), all of which were licensed dealers of firearms within the meaning of Chapter 44 Title 18, United States Code, knowingly made a false and fictitious written statement to each of the dealers, which statement was intended and likely to deceive each dealer, as to a fact material to the lawfulness of such sales and acquisition of the firearms to the defendant under chapter 44 of Title 18, United States Code, in that the defendant falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that the defendant was the actual transferee/buyer of each firearm listed on each form and the defendant provided a false address for his residence on each Form 4473, each of these statements and representations by the defendant were completely false, as the defendant well knew.

| Count | Date | Dealer | Firearms |
|---|---|---|---|
| 2 | 3/4/2020 | FFL #1, Raytown, Missouri | Ruger, Model SR9C, 9mm caliber, semi-automatic pistol, bearing serial number 332-19189 |
| 3 | 3/26/2020 | FFL #2, Kansas City, Missouri | Smith & Wesson, Model SD40VE, .40 caliber, semi-automatic pistol, bearing serial number FWK5240 |
| 4 | 6/2/2020 | FFL #3, Belton, Missouri | Smith & Wesson, Model M&P 40 Shield, .40 caliber, semi-automatic pistol, bearing serial number JES1497 |
| 5 | 7/1/2020 | FFL #3, Belton, Missouri | Smith & Wesson, Model SD40VE, .40 caliber, semi-automatic pistol, bearing serial number FCJ9958 |
| 6 | 11/3/2020 | FFL #1, Raytown, Missouri | ATI, Model Mil-Sport, 5.56mm caliber, semi-automatic rifle, bearing serial number MSA054436 |

| 7 | 3/15/2021 | FFL #4, Liberty, Missouri | Glock, Model 19, 9mm caliber, semi-automatic pistol, bearing serial number BSKH764 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

7/17/2024
DATE

/s/Emily Schrader
FOREPERSON OF THE GRAND JURY

/s/William A. Alford III
William A. Alford III
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri

3