# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name    Delron Montrez Pickens
Alias Name
Birthdate    04/03/1996

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant  ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Trey Alford

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☒ No
Warrant Required   ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    7

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922A.F/7830/4 | Engaging in Firearm Sales Without a License | 1 |
| 2 | 18:922A.F/7830/4 | Making a False Statement of ATF Form 4473 | 2-7 |

(May be continued on reverse)

Date  7/17/2024              Signature of AUSA  /s/William A. Alford III